## Re: In the Matter of Brooke McIntosh Crump, Attorney, Montgomery No. 22-CVS-220

Hinson, Stephanie H. <stephanie.h.hinson@nccourts.org>
Fri 10/28/2022 2:00 PM
To: Carmen Bannon <cbannon@ncbar.gov>

> **[EXTERNAL EMAIL]** DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

Thank you.

Earlier today, Ms. Crump notified the court of an appeal filed with the Fourth Circuit Court of Appeals seeking clarification on whether the hearing would go forward on Monday, October 31. No motion to continue has been filed to our knowledge.

Sincerely,

Stephanie Hinson

Get Outlook for iOS

---

**From:** Carmen Bannon <cbannon@ncbar.gov>
**Sent:** Friday, October 28, 2022 1:25:10 PM
**To:** Hinson, Stephanie H. <stephanie.h.hinson@nccourts.org>
**Subject:** Re: In the Matter of Brooke McIntosh Crump, Attorney, Montgomery No. 22-CVS-220

Dear Stephanie,
I am writing to confirm receipt, and to inquire if Ms. Crump filed a motion to continue. We have not received any email communication from her, and if she served a motion by mail, we will not receive it before the hearing on Monday.
Thank you,

Carmen H. Bannon
Deputy Counsel
The North Carolina State Bar

---

**From:** Hinson, Stephanie H. <stephanie.h.hinson@nccourts.org>
**Sent:** Friday, October 28, 2022 1:19 PM
**To:** Brooke Crump <brooke@laketillerylaw.com>; Adam Strachn <adam@strachnlaw.com>; Carmen Bannon <cbannon@ncbar.gov>
**Subject:** In the Matter of Brooke McIntosh Crump, Attorney, Montgomery No. 22-CVS-220

> **[EXTERNAL EMAIL]** DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

**_SENT ON BEHALF OF THE HONORABLE W. ROBERT BELL, JUDGE PRESIDING_**

The hearing set for Monday, October 31, 2022 at 10:00am will go forward as noticed. Please plan to appear in court Monday morning in Montgomery County. Any motions to continue or related issues can be presented at that time. Please confirm receipt of this notice. Thank you.

Sincerely,



**Stephanie Hinson**
Court Coordinator
Superior Court
District 20A (Stanly and Montgomery Counties)
P.O. Box 698
Albemarle, NC 28002
**North Carolina Judicial Branch**
O 704-986-7095
F 704-986-7017

*Justice for all*
[www.NCcourts.gov](www.NCcourts.gov)



E-mail correspondence to and from this address may be subject to the
North Carolina public records laws and if so, may be disclosed.
Please be advised that the contents of this message and any reply may be subject to disclosure under North Carolina law. Informal ethics inquiries and advisories communicated via electronic mail are confidential pursuant to Rule 1.6 of the Rules of Professional Conduct. Attorney Client Assistance Program communications and Lawyer Assistance Program client communications via electronic mail are also treated as confidential pursuant to Rule 1.6 of the Rules of Professional Conduct and N.C. Gen. Stat. 84-32.1.
E-mail correspondence to and from this address may be subject to the
North Carolina public records laws and if so, may be disclosed.